UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CALIMPUSAN and MARTIN CALIMPUSAN,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 23, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 23 TRUST and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-08452-AB-KS<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon. André Birotte Jr.]* |

On January 26, 2016, the Court entered an Order granting the Motion to Dismiss Complaint [Doc. No. 7], filed by Defendant WELLS FARGO BANK, N.A. (successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a

Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells Fargo") and defendant THE BANK OF NEW YORK MELLON erroneously sued as "THE BANK OF NEW YORK MELLON f/k/a The Bank of New York as Trustee for the WORLD SAVINGS REMIC 23, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 23 TRUST" ("BNYM"), and joined in by Defendant NBS Default Services, LLC ("NBS Default") [Doc. No. 14] (collectively "Defendants"), and dismissing all claims for relief in the Complaint with prejudice. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;

2. Judgment is entered in favor of Defendants and against Plaintiffs Susan Calimpusan and Martin Calimpusan; and

3. Plaintiffs shall take and recover nothing in this action from Defendants.

Dated:  _January 29, 2016

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE